BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
Jonathan.Loeb@BlankRome.com
Allen Ho (SBN 318187)
Allen.Ho@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:  424.239.3434

Attorneys for Defendants
THE SWATCH GROUP (U.S.) INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>The Swatch Group (U.S.) Inc., a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-00482-TLN-AC<br><br>*[Assigned to Magistrate Judge Allison Claire]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE SWATCH GROUP (U.S.) INC.'S *EX PARTE* APPLICATION TO COMPEL DEPOSITION OF PLAINTIFF BRIAN WHITAKER**<br><br>Complaint:  March 17, 2021<br>Trial Date:   Not Set |

148572.00620/128960657v.1

**[PROPOSED] ORDER**

1  The Court, having read and considered Defendant The Swatch Group (U.S.) Inc.'s ("Swatch") *Ex Parte* Application to Compel Deposition of Plaintiff Brian Whitaker, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

Plaintiff Brian Whitaker shall appear for a deposition lasting no longer than two (2) hours on a mutually agreed upon date and time to occur no later than close of business on June 24, 2022.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE