1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>SWATCH GROUP (U.S.) INC.,<br><br>    Defendant. | No. 2:21-cv-00482-DAD-AC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING THIS ACTION<br><br>(Doc. No. 25) |

On October 28, 2022, the court issued an order requiring plaintiff to show cause in writing as to why this action should not be dismissed due to lack of subject matter jurisdiction ("OSC"). (Doc. No. 24.) In particular, the court noted that plaintiff's ADA claim—the only basis for this court's subject matter jurisdiction under federal question—had been rendered moot. (*Id.* at 2.) In the OSC, the court provided that, in the alternative, "plaintiff may file a request to voluntarily dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure." (*Id.* at 3.)

On November 3, 2022, plaintiff responded to the OSC by filing a request for voluntary dismissal of his ADA claim as having been rendered moot, and plaintiff stated that he does not oppose the court's decision not to exercise supplemental jurisdiction over plaintiff's only remaining claim brought under California's Unruh Act. (Doc. No. 25.) Thus, the court will discharge the OSC, and grant plaintiff's request for voluntary dismissal of this action.

/////

1

Accordingly:

1. The order to show cause issued on October 28, 2022 (Doc. No. 24) is discharged;
2. Plaintiff's request for voluntary dismissal of this action (Doc. No. 25) is granted;
3. This action is dismissed, without prejudice, due to lack of subject matter jurisdiction;
4. The pending motion for summary judgment (Doc. No. 14) is denied as having been rendered moot by this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE